FILED
CLERK, U.S. DISTRICT COURT
FEB 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNETH THADDEUS JACKSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES HALL, WARDEN,<br><br>　　　　　Respondent. | NO. CV 03-9038-RSWL (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: Feb 25, 2008.

　　　　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE